1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  PAMELA T. JOHANN (CABN 145558)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7025
6      Fax: (415) 436-7234
       pamela.johann@usdoj.gov
7
8  Attorneys for Defendant UNITED STATES OF AMERICA

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 LEBARON KING,                              )  Case No. 17-cv-06709
                                              )
13         Plaintiff,                         )  **NOTICE OF REMOVAL OF CIVIL ACTION**
                                              )
14     v.                                     )
                                              )
15 UNITED STATES OF AMERICA, substituted      )
   for STEPHANIE LEE,                         )
16                                            )
           Defendant.                         )
17                                            )

18     TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

19 CALIFORNIA AND TO THE PARTIES IN THIS ACTION:

20     PLEASE TAKE NOTICE that on this day, the UNITED STATES OF AMERICA, substituted

21 as Defendant for Stephanie Lee pursuant to 28 U.S.C. § 2679(d)(2), hereby removes Case No. CSM

22 856490, pending before the Superior Court of California, County of San Francisco, Small Claims

23 Division, to the United States District Court for the Northern District of California pursuant to 28 U.S.C.

24 §§ 1442(a)(1) and 2679(d)(2), as more fully described below.

25     1.     On or about October 17, 2017, Plaintiff LeBaron Davis filed a Claim and Order to Go to

26 Small Claims Court (hereafter "Complaint") in the San Francisco County Superior Court, Small Claims

27 Division, against the Stephanie Lee, an employee of the United States Mint, a Bureau within the United

28 States Department of Treasury.  Plaintiff, a co-worker of Ms. Lee's at the time of filing of the

Complaint, claims that Ms. Lee made false statements about him that caused his co-workers and managers at the Department of Treasury to doubt his "character and services" and caused him professional harm. Plaintiff seeks $1,500 in monetary damages.

2. On or about October 27, 2017, the United States Attorney's Office received a copy of the Complaint from the Department of Treasury. The United States Attorney's Office has not been served pursuant to Federal Rule of Civil Procedure 4(i)(1). A copy of Plaintiff's Complaint and exhibits attached thereto are attached to this Notice of Removal as Exhibit A. This document constitutes the only pleading and/or process that the United States Attorney has received to date.

3. Trial is scheduled for December 6, 2017 at 8:30 a.m. in Department 506 of the San Francisco County Superior Court. This date will be automatically vacated upon the filing of this Notice of Removal.

4. Plaintiff's claim appears to be a tort action for defamation brought against Ms. Lee, a federal employee acting within the scope of her employment with the U.S. Mint. The Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2671 *et seq.*, is the exclusive remedy for claims for money damages arising from the alleged negligent or wrongful acts of federal employees acting within the scope of their employment, and federal courts have exclusive jurisdiction over FTCA claims. 28 U.S.C. §§ 1346(b)(1), 2679(b). Upon certification by the Attorney General that the defendant was acting in the scope of his employment at the time of the incident out of which the claim arose, any such civil action commenced in a state court shall be removed to federal court at any time before trial. 28 U.S.C. § 2679(d).

5. Under 28 C.F.R. § 15.4, Brian Stretch, the duly appointed United States Attorney for the Northern District of California, is authorized to make the statutory certification that the Federal employee was acting within the scope of his office or employment with the Federal Government at the time of the incident out of which the suit arose. Pursuant to written delegation from Brian Stretch, the Chief of the Civil Division has been authorized to exercise on behalf of the United States Attorney the authority vested in him pursuant to 28 C.F.R. § 15.4. The Chief of the Civil Division has certified that Stephanie Lee was acting within the course and scope of her employment with the U.S. Mint at all times relevant to the allegations. *See* Certification Pursuant to 28 U.S.C. § 2679(d). This certification is

1  conclusive for purposes of removal.  28 U.S.C. § 2679(d)(2).

2        6.    Upon removal, the United States is automatically substituted as the party defendant for Stephanie Lee for purposes of the FTCA, and the action will proceed as an action against the United States of America.  28 U.S.C. § 2679(d)(2).

5        7.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the San Francisco County Superior Court and promptly served on Plaintiff.  This filing will automatically effect the removal of this action in its entirety to this Court for all future proceedings.

DATED:  November 21, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

      */s/ Pamela T. Johann*
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendant