# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LEBARON KING,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 17-cv-06709-DMR

**ORDER TO SHOW CAUSE**

Defendant United States of America filed a Motion to Dismiss on November 28, 2017. [Docket No. 8]. Currently, the motion is set for a court hearing on January 11, 2018. Plaintiff LeBaron King is pursuing this action without legal representation. According to the local court rules, Mr. King should have filed any brief in opposition to Defendant's motion by December 12, 2017. *See* Civ. L.R. 7-3(a). The court has received no such opposition.

The court ORDERS Mr. King to respond by **January 2, 2018** and explain his failure to respond to the motion. In addition, Mr. King must simultaneously (1) submit his opposition to the court or (2) file a statement of non-opposition to the motion. This order to show cause does not indicate that the court will necessarily accept Mr. King's late submission. If Mr. King does not respond by **January 2, 2018**, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

The court further ORDERS that Defendant shall file a reply, if any, to Mr. King's opposition no later than January 9, 2017.

**IT IS SO ORDERED.**

Dated: December 20, 2017



_____
Donna M. Ryu
United States Magistrate Judge