UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEBARON KING,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 17-cv-06709-DMR

**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 14

On October 17, 2017, Plaintiff LeBaron King ("Mr. King") filed a Claim and Order to Go to Small Claims Court in San Francisco Superior Court, against Defendant Stephanie Lee, an employee of the United States Mint, alleging that Ms. Lee had made false statements about him to his co-workers. *See* Ex. A to Not. of Removal [Docket No. 1-2]. Defendant United States of America ("Defendant"), substituted as Defendant for Ms. Lee, removed the action to this court on November 21, 2017. *See* Not. of Removal [Docket No. 1].

On November 28, 2017, Defendant filed a Motion to Dismiss. [Docket No. 8]. Pursuant to Civil Local Rule 7-3(a), Mr. King was required to file an opposition brief by December 12, 2017. *See* Civ. L.R. 7-3(a). No opposition was filed.

Accordingly, on December 20, 2017, the court issued an Order to Show Cause, instructing Mr. King to submit a written statement by no later than January 2, 2018 explaining his failure to respond to the motion. [Docket No. 14.] The Order to Show Cause stated that failure to respond by January 2, 2018 may result in dismissal of this action for failure to prosecute.

//

//

//

Mr. King did not respond to the Order to Show Cause. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 8, 2018



Donna M. Ryu
United States Magistrate Judge